MARTIN ROTHSCHILD, Respondent, *v.* MANUFACTURERS TRUST COMPANY, Appellant.

Submitted March 6, 1939; decided March 7, 1939.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 355.)